[21 NE3d 558, 997 NYS2d 106]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EUGENE POLHILL, Respondent.

Argued September 18, 2014; decided October 28, 2014

### APPEARANCES OF COUNSEL

*Barket, Marion, Epstein & Kearon, LLP*, Garden City (*Donna Aldea* of counsel), and *Richard A. Brown, District Attorney*, Kew Gardens (*John M. Ryan, James C. Quinn* and *Robert J. Masters* of counsel), for appellant.

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Leila Hull* and *Allegra Glashausser* of counsel), for respondent.

*New York Civil Liberties Union Foundation*, New York City (*Taylor Pendergrass, Christopher Dunn* and *Corey Stoughton* of counsel), and *American Civil Liberties Union Foundation*, New York City (*Ezekiel Edwards* and *Brandon Buskey* of counsel), for New York Civil Liberties Union and another, amici curiae.

*Barbara S. Gillers, New York University School of Law*, New York City, and *Patterson Belknap Webb & Tyler LLP*, New York City (*Eugene M. Gelernter* and *Amy N. Vegari* of counsel), for Legal Ethics Bureau at New York University School of Law, amicus curiae.

*Frank A. Sedita III*, Buffalo, *Morrie I. Kleinbart*, Staten Island, and *Donna Milling*, Buffalo, for District Attorneys Association of the State of New York, amicus curiae.

## OPINION OF THE COURT

MEMORANDUM.

The appeal should be dismissed for failing to meet the requisites of CPL 450.90 (2) (a).

The Appellate Division determined that Supreme Court should have suppressed the identification evidence because the police lacked reasonable suspicion to stop and detain defendant on the street (102 AD3d 988 [2013]). Whether the circumstances of a particular case rise to the level of reasonable suspicion presents a mixed question of law and fact (*see People v Howard*, 74 NY2d 943 [1989]). Because the Appellate Division's reversal was thus not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]), its order is not appealable.

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

Appeal dismissed, in a memorandum.